```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

SAMUEL BARTLEY STEELE,
        Plaintiff,

    v.                        Civil Action No. 10-11218-DPW

JOHN BONGIOVI, ET AL.,
        Defendants.

<u>ORDER</u><br>August 23, 2010

WOODLOCK, D.J.

On August 1, 2010, I granted plaintiff Samuel Bartley Steele's Motion for Leave to Proceed *in forma pauperis*, but denied co-plaintiffs' requests. *See* Memorandum and Order (Docket No. 5).

In response to that Order, plaintiff filed an Amended Complaint (Docket No. 7) withdrawing the claims by the two sole proprietorships, Steele Publishing and Steele Recordz.

In light of this, it is hereby Ordered that:

1. The Clerk shall issue summons(es); and

2. The Clerk shall send the summons(es), amended complaint, and this Order to the plaintiff, who must thereafter serve the defendant(s) in accordance with Federal Rule of Civil Procedure 4(m). The plaintiff may elect to have service made by the United States Marshal. If directed by the plaintiff to do so, the United States Marshal shall serve the summons(es), amended complaint, and this Order upon the defendant, in the manner directed by the plaintiff, with all costs of service to be advanced by the United States Marshal Service. Notwithstanding Fed. R. Civ. P. 4(m) and Local Rule 4.1, the plaintiff shall have 120 days from the date of this Order to complete service.

SO ORDERED.                                    /s/ Douglas P. Woodlock
                                                    UNITED STATES DISTRICT JUDGE